AO 440 (Rev. 10/93) SUMMONS in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ROBERT CUNLIFFE and RITA KATZ,

SUMMONS IN A CIVIL CASE

CASE NUMBER: _____

V.

AMERICAN HONDA MOTOR CO., INC.,

CV 08 1402

CRB

TO:

See service list attached

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    Thomas E. Frankovich
    THOMAS E. FRANKOVICH, APLC
    2806 Van Ness Avenue
    San Francisco, CA 94109
    Telephone: 415/674-8600

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK                                               DATE

MARY ANN BUCKLES

(BY) DEPUTY CLERK

ORIGINAL

1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  STEVEN R. PINGEL (State Bar No. 52710)
   Law Offices of Steven R. Pingel
6  444 W. Ocean Blvd., Suite 400
   Long Beach, CA 90802
7  Telephone:   562/432-0302
   Facsimile:   866/734-3220

8
   Attorneys for Plaintiffs
9  ROBERT CUNLIFFE and RITA KATZ

10

11

12                     UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14  ROBERT CUNLIFFE and RITA KATZ,    )   CASE NO.
                                      )
15          Plaintiffs,                )   **CLASS ACTION COMPLAINT FOR
                                      )   INJUNCTIVE RELIEF AND DAMAGES:**
16  v.                                )
                                      )   **1ⁿᵈ CAUSE OF ACTION:** For Violation of
17  AMERICAN HONDA MOTOR CO., INC.,   )   California Business and Profession Code
                                      )   §17200
18          Defendant.                 )
                                      )   **2ʳᵈ CAUSE OF ACTION:** For Violation of
19  _____      California Business and Profession Code
                                          §17500
20
                                          **3ᵗʰ CAUSE OF ACTION:** For Willful Deceit
21                                        With The Intent To Induce a Party To Alter His
                                          Decision To His Detriment In Violation of
22                                        California Civil Code §§1709, 1710 and 1711

23                                        **4ᵗʰ CAUSE OF ACTION:** For Violation of
                                          California Civil Code §1770
24

25

26                                        **DEMAND FOR JURY**

27

28  CLASS ACTION COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

                                                                          1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## SERVICE LIST

**Robert Cunliffe, et al. v. American Honda Motor Co., Inc., et al.**
Case no.

American Honda Motor Co., Inc.