1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
2 | *A Professional Law Corporation*
2806 Van Ness Avenue
3 | San Francisco, CA 94109
Telephone:    415/674-8600
4 | Facsimile:    415/674-9900

5 | STEVEN R. PINGEL (State Bar No. 52710)
Law Offices of Steven R. Pingel
6 | 444 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
7 | Telephone:    562/432-0302
Facsimile:    866/734-3220

8 | Attorneys for Plaintiffs
9 | ROBERT CUNLIFFE and RITA KATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNLIFFE and RITA KATZ, | CASE NO. CV-08-1402-CRB |
| Plaintiffs, | RETURN OF SERVICE RE DEFENDANT AMERICAN HONDA MOTOR CO., INC. |
| v. | |
| AMERICAN HONDA MOTOR CO., INC., | |
| Defendant. | |

| Attorney or Party without Attorney | | | | For Court Use Only |
|---|---|---|---|---|
| THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE<br>SAN FRANCISCO, CA 94109<br>Telephone No 415-674-8600   FAX No: 415-674-9900 | | | | |
| Attorney for Plaintiff | | Ref. No. or File No.:<br>HONDA | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | |
| Plaintiff: ROBERT CUNLIFFE, et al. | | | | |
| Defendant: AMERICAN HONDA MOTOR CO., INC. | | | | |
| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number<br>CV 08 1402 CRB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Class Action Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Drop Box Filing Procedures; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Waiver Of Service Of Summons; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Order Setting Initial Case Management Conference And Adr Deadlines, Order Setting Case Management Conference; Standing Orders; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a Party served.                AMERICAN HONDA MOTOR CO., INC.
   b Person served:              MARGARET WILSON, AUTHORIZED AGENT FOR SERVICE

4. Address where the party was served:   818 W. 7TH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon , Apr. 07, 2008 (2) at: 12:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: AMERICAN HONDA MOTOR CO., INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST                          d. The Fee for Service was
   b. FIRST LEGAL SUPPORT SERVICES          e. I am: (3) registered California process server
      1511 W. BEVERY BLVD.                        (i) Independent Contractor
      LOS ANGELES, CA 90071                       (ii) Registration No.:   5141
   c. 213-250-1111                                (iii) County             Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Apr. 08, 2008

   Judicial Council Form POS-010                 PROOF OF SERVICE                    (DOUG FORREST)
   Rule 982.9.(a)&(b) Rev January 1, 2007        SUMMONS & COMPLAINT                 6411486.thofr-fg.125254