1  KEKER & VAN NEST, LLP
   CHRISTA M. ANDERSON - #184325
2  RACHAEL E. MENY - #178514
   COURTNEY TOWLE - #221698
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant
6  AMERICAN HONDA MOTOR CO., INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT CUNLIFFE and RITA KATZ,    | Case No. CV-08-1402 CRB

12 |                      Plaintiffs,  | **NOTICE OF APPEARANCE**

13 |     v.

14 | AMERICAN HONDA MOTOR CO., INC.,

15 |                      Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

1
NOTICE OF APPEARANCE
CASE NO. CV-08-1402 CRB

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the law offices of Keker & Van Nest LLP hereby enters this Notice of Appearance for Christa M. Anderson, Rachael Meny and Courtney Towle in the above-referenced action as counsel for Defendant AMERICAN HONDA MOTOR CO., INC., and requests that all briefs, motions, orders, correspondence and other papers be served as follows:

>KEKER & VAN NEST, LLP
>710 Sansome Street
>San Francisco, California 94111
>Telephone: (415) 391-5400
>Facsimile: (415) 397-7188
>
>CHRISTA M. ANDERSON
>e-mail: canderson@kvn.com
>
>RACHAEL E. MENY
>e-mail: rmeny@kvn.com
>
>COURTNEY TOWLE
>e-mail: ctowle@kvn.com

Dated: April 25, 2008                                             KEKER & VAN NEST, LLP


                                                                 By: */s/ Christa M. Anderson* _____
                                                                      CHRISTA M. ANDERSON
                                                                      Attorneys for Defendant
                                                                      AMERICAN HONDA MOTOR CO., INC.

---

2
NOTICE OF APPEARANCE
CASE NO. CV-08-1402 CRB

415563.01