KEKER & VAN NEST, LLP
CHRISTA M. ANDERSON - #184325
RACHAEL E. MENY - #178514
COURTNEY TOWLE - #221698
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
AMERICAN HONDA MOTOR CO., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNLIFFE and RITA KATZ,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>Defendant. | Case No. CV-08-1402 CRB<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Dept:      Courtroom 8<br>Judge:    Hon. Charles R. Breyer |

Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and Defendant, by and through their attorneys, as follows:

Defendant American Honda Motor Co., Inc. shall have up to and through May 12, 2008 to file a response (by motion, answer or otherwise) to the Complaint in the above-captioned matter.

Should Defendant elect to file a dispositive motion as its response, Defendant shall set the motion a minimum of 45 days from the date said motion is filed in order to allow Plaintiffs sufficient time to respond to the motion.

/ / /

/ / /

/ / /

1

415501.03

1    In addition, should Defendant elect to file a dispositive motion as its response, Plaintiffs

2  agree that Defendant shall have 15 days to reply to any opposition filed by Plaintiffs to allow

3  Defendant sufficient time to respond.

4

5  Dated:  April 25, 2008

6

7                                                    By:   /s/ Steven R. Pingel
                                                           STEVEN R. PINGEL
8
                                                     Attorneys for Plaintiffs
9                                                    Robert Cunliffe and Rita Katz

10  Dated:  April 25, 2008                           KEKER & VAN NEST, LLP

11

12                                                   By:   /s/ Christa M. Anderson
                                                           CHRISTA M. ANDERSON
13
                                                     Attorneys for Defendant
14                                                   AMERICAN HONDA MOTOR CO., INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

415501.03