1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  ROBERT CUNLIFFE                          NO. CV 08-01402 CRB

11          Plaintiff,                       **CLERK'S NOTICE RE: FAILURE
    v.                                       TO FILE ELECTRONICALLY
12                                           AND/OR REGISTER AS AN E-
                                             FILER**
13  AMERICAN HONDA MOTOR
            Defendant.
14  _____/

15
On **March 12, 2008**, counsel for **plaintiff Robert Cunliffe** filed a **Complaint (document no. 1)**
16
manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and
17
General Order 45.
18

19
The above mentioned paper document has been filed and docketed. However, General Order 45
20
provides at Section III that cases assigned to judges who participate in the e-filing program "shall be
21
presumptively designated" as e-filing cases. Therefore, counsel for **plaintiff Robert Cunliffe** should
22
submit the **Complaint**, in PDF format within 10 days, as an attachment in an *e-mail* message directed
23
to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**
24
button and follow the procedure listed there). Do *not* e-file a document which has been previously filed
25
on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.
26

27
Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to
28

**United States District Court**
For the Northern District of California

1  become an ECF User and be assigned a user ID and password for access to the system upon designation
2  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users
3  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site
4  at ecf.cand.uscourts.gov.

5  Dated: April 25, 2008               Maria Loo
                                       Deputy Clerk