1  KEKER & VAN NEST, LLP
   CHRISTA M. ANDERSON - #184325
2  RACHAEL E. MENY - #178514
   COURTNEY TOWLE - #221698
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Defendant
6  AMERICAN HONDA MOTOR CO., INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | ROBERT CUNLIFFE and RITA KATZ,        | Case No. CV-08-1402 CRB
12 |                         Plaintiffs,   | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 & CIVIL L.R. 3-16**
13 |         v.                            |
14 | AMERICAN HONDA MOTOR CO., INC.,       |
15 |                         Defendant.    |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of person, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:  Honda Motor Company, Ltd.

6  Pursuant to Fed. R. Civ. P. 7.1(a), the undersigned further states it is wholly owned by
7  Honda Motor Company, Ltd.

8  American Honda Motor Co., Inc. reserves the right to file a supplemental statement upon
9  any change in the information that this statement requires.

10
11 Dated:  April 25, 2008                                          KEKER & VAN NEST, LLP
12
13
                                                                  By:  */s/ Christa M. Anderson*
14                                                                     CHRISTA M. ANDERSON
                                                                       Attorneys for Defendant
15                                                                     AMERICAN HONDA MOTOR CO., INC.