```
 1  KEKER & VAN NEST, LLP
    CHRISTA M. ANDERSON - #184325
 2  RACHAEL E. MENY - #178514
    COURTNEY TOWLE - #221698
 3  710 Sansome Street
    San Francisco, CA  94111-1704
 4  Telephone:  (415) 391-5400
    Facsimile:  (415) 397-7188
 5
    Attorneys for Defendant
 6  AMERICAN HONDA MOTOR CO., INC.
 7
```

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNLIFFE and RITA KATZ,<br><br>                              Plaintiffs,<br><br>        v.<br><br>AMERICAN HONDA MOTOR CO., INC.,<br><br>                              Defendant. | Case No. CV-08-1402 CRB<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Dept:    Courtroom 8<br>Judge:   Hon. Charles R. Breyer |

18      Pursuant to Local Rule 6-1 of the Northern District of California, it is hereby stipulated

19  and agreed by Plaintiffs and Defendant, by and through their attorneys, as follows:

20      Defendant American Honda Motor Co., Inc. shall have up to and through May 12, 2008

21  to file a response (by motion, answer or otherwise) to the Complaint in the above-captioned

22  matter.

23      Should Defendant elect to file a dispositive motion as its response, Defendant shall set

24  the motion a minimum of 45 days from the date said motion is filed in order to allow Plaintiffs

25  sufficient time to respond to the motion.

26  / / /

27  / / /

28  / / /

1  In addition, should Defendant elect to file a dispositive motion as its response, Plaintiffs
2 agree that Defendant shall have 15 days to reply to any opposition filed by Plaintiffs to allow
3 Defendant sufficient time to respond.

5 Dated: April 25, 2008

7 By: */s/ Steven R. Pingel*
   STEVEN R. PINGEL

   Attorneys for Plaintiffs
   Robert Cunliffe and Rita Katz

10 Dated: April 25, 2008                KEKER & VAN NEST, LLP

12 By: */s/ Christa M. Anderson*
   CHRISTA M. ANDERSON

   Attorneys for Defendant
   AMERICAN HONDA MOTOR CO., INC.

17 Signed: April 28, 2008

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. CV-08-1402 CRB

415501.03