STEVEN R. PINGEL (State Bar No. 52710)
Law Offices of Steven R. Pingel
444 W. Ocean Blvd., Suite 400
Long Beach, CA 90802
Telephone:    562/432-0302
Facsimile:    866/734-3220

THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs
ROBERT CUNLIFFE and RITA KATZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CUNLIFFE and RITA KATZ, ) | Case No. CV-08- 1402 CRB |
| ) | |
| Plaintiffs, ) | JOINT STIPULATION TO CONTINUE MOTION HEARING DATE |
| ) | |
| v. ) | |
| ) | Dept: Courtroom 8 |
| AMERICAN HONDA MOTOR CO., INC., ) | Judge: Hon. Charles R. Breyer |
| ) | |
| Defendant. ) | |
| ————————————————————) | |

Pursuant to Local Rule 7-7 of the Northern District of California, it is hereby stipulated and agreed by Plaintiffs and Defendant, by and through their attorneys, as follows:

The date for the hearing of Defendant's motions to dismiss and to strike shall be continued from June 27, 2008 to Friday, July 18, 2008.  This continuance comes at the request of plaintiffs' counsel.

Plaintiffs will file their opposition to the motions on or before June 12, 2008.

/ / /

/ / /

JOINT STIPULATION TO CONTINUE MOTION HEARING DATE                    1

1    Defendant will file its reply on or before July 3, 2008.

2

3

4   Dated: May 15, 2008                    STEVEN R. PINGEL,
                                           A PROFESSIONAL CORPORATION
5

6                                          _____/s/_____
                                           STEVEN R. PINGEL
7                                          Attorneys for Plaintiffs
                                           Robert Cunliffe and Rita Katz
8

9

10  Dated: May 15, 2008                    KEKER & VAN NEST, LLP

11
                                           _____/s/_____
12                                         By: Christa M. Anderson
                                           CHRISTA M. ANDERSON
13                                         Attorneys for Defendant
                                           AMERICAN HONDA MOTOR CO., INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE MOTION HEARING DATE                    2