UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT CUNLIFFE, ET AL.

CASE NO. CV-08-1402 CRB

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

AMERICAN HONDA MOTOR CO., INC.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference June 20, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Steven Pingel | Plaintiffs Robert Cunliffe & Rita Katz | (562) 432-0302 | Stevpingel@aol.com |
| Christa Anderson | Defendant American Honda Motor Co. | (415) 391-5400 | canderson@kvn.com |
| Rachael Meny | Defendant American Honda Motor Co. | (415) 391-5400 | rmeny@kvn.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 05/30/08               Steve Pingel
                              Attorney for Plaintiff

Dated: 05/30/08               Courtney Towle
                              Attorney for Defendant

Rev 12.05