1  STEVEN R. PINGEL (State Bar No. 52710)
   Law Offices of Steven R. Pingel
2  444 W. Ocean Blvd., Suite 400
   Long Beach, CA 90802
3  Telephone:    562/432-0302
   Facsimile:    866/734-3220
4
   THOMAS E. FRANKOVICH (State Bar No. 074414)
5  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
6  2806 Van Ness Avenue
   San Francisco, CA 94109
7  Telephone:    415/674-8600
   Facsimile:    415/674-9900
8
   Attorneys for Plaintiffs
9  ROBERT CUNLIFFE and RITA KATZ

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12

13 | ROBERT CUNLIFFE and RITA KATZ, | ) | Case No. CV-08- 1402 CRB |
   |                                 | ) |                          |
14 |        Plaintiffs,              | ) | **NOTICE OF VOLUNTARY DISMISSAL** |
   |                                 | ) |                          |
15 | v.                              | ) | (Fed. R.Civ. P. 41(a)(1)(i)) |
   |                                 | ) |                          |
16 | AMERICAN HONDA MOTOR CO., INC., | ) |                          |
   |                                 | ) |                          |
17 |        Defendant.               | ) |                          |

18
        NOTICE IS HEREBY GIVEN that plaintiffs ROBERT CUNLIFFE and RITA KATZ,
19
   by and through their undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i),
20
   voluntarily dismiss this action without prejudice, each party to bear its own attorneys' fees,
21
   costs and litigation expenses.
22

23 DATED: June 13, 2008                THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
24

25
                                        By: _____/s/_____
26                                          Thomas E. Frankovich
                                        Attorneys for Attorneys for Plaintiffs ROBERT
27                                      CUNLIFFE AND RITA KATZ

28

NOTICE OF VOLUNTARY DISMISSAL                                                          1